COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cessica Desha Darden v. The State of Texas

Appellate case number:    01-16-00399-CR

Trial court case number:  1412122

Trial court:              179th District Court of Harris County

On August 16, 2016, this case was abated and remanded to the trial court to conduct a hearing to, among other things, execute an amended certification of appellant's right to appeal and, if appellant has the right to appeal, to appoint counsel who should request the reporter's record. On September 21 and 23, 2016, two supplemental clerk's records were filed in this Court. The first record attached, among other things, an order appointing Seth Kretzer to represent appellant as counsel. The second record attached an amended certification stating that this is not a plea-bargain case and that appellant has the right to appeal. Both the order and amended certification were signed by the trial court on September 12, 2016.

Also on September 23, 2016, the court reporter filed the reporter's record in this Court containing five volumes. Because the clerk's record was already filed in this Court on June 15, 2016, the appellate records appear to be complete.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1).

The State's brief, if any, is **ORDERED** to be filed within **30 days** of the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually    ☐ Acting for the Court
Date: September 29, 2016